**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| AARON SUMMERS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:26-cv-435-ACL |
| | ) | |
| CHRISTOPHER BREWER, | ) | |
| | ) | |
| Respondent. | ) | |

**MEMORANDUM AND ORDER**

This action was transferred from the Western District of Missouri on March 26, 2026. ECF No. 3. Petitioner has not yet paid the $5 filing fee or filed an Application to Proceed in District Court Without Prepaying Fees or Costs. ECF No. 1. *See* E.D. Mo. Local Rule 2.01(B)(1) ("The Clerk may refuse to receive and file any pleading or document in any case until the applicable statutory fee is paid, except in cases accompanied by a completed application to proceed in forma pauperis"). Further, Petitioner has not filed his petition on a Court form. *See* E.D. Mo. Local Rule 2.06(A) ("All actions brought by self-represented Petitioners or petitioners should be filed on Court-provided forms"). Petitioner will therefore be directed file an amended petition on Court-provided forms AND to either file an application to proceed in district court without prepaying fees or costs or pay the full filing fee within **30 days** of the date of this order.

**If Petitioner fails to comply with this Order, this action may be dismissed without prejudice and without further notice.**

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall send Petitioner a copy of the Court's Application to Proceed in District Court Without Prepaying Fees or Costs form.

**IT IS FURTHER ORDERED** that Petitioner must either file an Application to Proceed in District Court Without Prepaying Fees or Costs or pay the full filing fee within **30 days** of the date of this order.

**IT IS FURTHER ORDERED** that the Clerk is directed to mail Petitioner a copy of the 2254 Petition for Writ of Habeas Corpus form.

**IT IS FURTHER ORDERED** that Petitioner must file an amended petition on the Court's form within **30 days** of the date of this Order. Petitioner is advised that his amended petition will take the place of his original and amended petition and will be the only pleading that this Court will review.

Dated this 30th day of June, 2026.


*/s/Abbie Crites-Leoni*
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE

2